# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| **PATIENT SERVICES, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 3:18-cv-0016 (MHL) |
| | ) |
| **UNITED STATES OF AMERICA,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## JOINT PROPOSED BRIEFING SCHEDULE

On June 26, 2018, the Court held a pretrial conference, at which the parties discussed, among other things, the schedule according to which this case should proceed. Because the parties disagree over the need for discovery, the Court requested that the parties meet and confer and propose a schedule for briefing this issue. The parties have met and conferred and now jointly propose the following briefing schedule:

| | |
|---|---|
| Defendants' motion for leave to take discovery: | July 18, 2018 |
| Plaintiff's response: | August 2, 2018 |
| Defendants' reply: | August 10, 2018 |

The parties respectfully request that the Court enter this briefing schedule as proposed.

Dated: July 3, 2018                                     Respectfully submitted,

*/s/Robert D. Keeling*                                  G. ZACHARY TERWILLIGER
Robert D. Keeling (VA Bar No. 45532)                    United States Attorney
Carter G. Phillips (Admitted *Pro Hac Vice*)
William A. Sarraille (Admitted *Pro Hac Vice*)          CHAD READLER
Jack W. Pirozzolo (Admitted *Pro Hac Vice*)             Acting Assistant Attorney General
Paul J. Zidlicky (Admitted *Pro Hac Vice*)              Civil Division
**SIDLEY AUSTIN LLP**

| | |
|---|---|
| 1501 K Street, N.W | JENNIFER D. RICKETTS |
| Washington, D.C. 20005 | Director |
| Tel: (202) 736-8000 | Federal Programs Branch |
| Fax: (202) 736-8711 | |
| rkeeling@sidley.com | JUSTIN M. SANDBERG |
| cphillips@sidley.com | Senior Trial Counsel |
| wsarraille@sidley.com | U.S. Department of Justice |
| jpirozzolo@sidley.com | Civil Division, Federal Programs Branch |
| pzidlicky@sidley.com | 20 Mass. Ave. NW, Rm. 7302 |
| | Washington, D.C. 20530 |
| | (202) 514-5838 (phone) |
| | justin.sandberg@usdoj.gov |

*/s/ R. Charlie Merritt*
R. Charlie Merritt
Virginia No. 89400

Special Assistant U.S. Attorney
Office of the United States Attorney

Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

919 East Main Street, Suite 1900
Richmond, Virginia 23219
(202) 616-8098 (phone)
(804) 819-7417 (fax)
robert.c.merritt@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2018, I electronically filed the foregoing via the CM/ECF system, which will send a Notification of Electronic Filing to all counsel of record.

*/s/ R. Charlie Merritt*
R. Charlie Merritt
Virginia No. 89400

Special Assistant U.S. Attorney
Office of the United States Attorney

Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

919 East Main Street, Suite 1900
Richmond, Virginia 23219
(202) 616-8098 (phone)
(804) 819-7417 (fax)
robert.c.merritt@usdoj.gov