# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| **PATIENT SERVICES, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 3:18-cv-0016 (MHL) |
| | ) |
| **UNITED STATES OF AMERICA,** *et al.,* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## DEFENDANTS' MOTION FOR LEAVE TO TAKE DISCOVERY

Defendants, by counsel, respectfully move this Court for leave to take discovery in this matter. In support of this motion, Defendants refer the Court to the memorandum in support that is being filed contemporaneously with this motion.

Dated: July 18, 2018            Respectfully submitted,

G. ZACHARY TERWILLIGER
United States Attorney

CHAD READLER
Acting Assistant Attorney General
Civil Division

CHRISTOPHER R. HALL
Assistant Director
Federal Programs Branch

JUSTIN M. SANDBERG
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Mass. Ave. NW, Rm. 7302
Washington, D.C. 20530

(202) 514-5838 (phone)
justin.sandberg@usdoj.gov

*/s/ R. Charlie Merritt*
R. Charlie Merritt
Virginia No. 89400

Special Assistant U.S. Attorney
Office of the United States Attorney

Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch

919 East Main Street, Suite 1900
Richmond, Virginia 23219
(202) 616-8098 (phone)
(804) 819-7417 (fax)
robert.c.merritt@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 18, 2018, I electronically filed the foregoing via the CM/ECF system, which will send a Notification of Electronic Filing to all counsel of record.

                                                */s/ R. Charlie Merritt*
                                                R. Charlie Merritt
                                                Virginia No. 89400

                                                Special Assistant U.S. Attorney
                                                Office of the United States Attorney

                                                Trial Attorney
                                                U.S. Department of Justice
                                                Civil Division, Federal Programs Branch

                                                919 East Main Street, Suite 1900
                                                Richmond, Virginia 23219
                                                (202) 616-8098 (phone)
                                                (804) 819-7417 (fax)
                                                robert.c.merritt@usdoj.gov