# EXHIBIT 1

| Bates Range | Document Date | Description |
|---|---|---|
| 000001-000003 | 10/25/2006 | "Grassley" memo. |
| 000004-000009 | 11/29/2012 | Memo Kuhn to IGB re: Patient Services, Inc. Request to Modify Advisory Opinion 02-1. |
| 000010-000012 | 12/20/2012 | Memo OIG Weinstein to Arent Fox Trunk re: Patient Services, Inc. Advisory Opinion Request No. R904. |
| 000013-000014 | 01/31/2013 | Email from Weinstein to Trunk re: Advisory Opinion Request No. R904 - Patient Services, Inc. |
| 000015-000045 | 04/04/2013 | Memo from Trunk to Weinstein RE:  Patient Services, Inc. Advisory Opinion Request No. R904. |
| 000046-000048 | 04/18/2013 | Memo from Weinstein to Trunk re:  Patient Services, Inc. Advisory Opinion Request No. R904. |
| 000049-000058 | 08/01/2013 | Memo from Trunk to Weinstein RE:  Patient Services, Inc. Advisory Opinion Request No. R904. |
| 000059-000060 | 09/04/2013 | Memo from Weinstein to Trunk re:  Patient Services, Inc. Advisory Opinion Request No. R904. |
| 000061-000063 | 09/18/2013 | Memo from Trunk to Weinstein RE:  Patient Services, Inc. Advisory Opinion Request No. R904. |
| 000064-000070 | 10/19/2013 | Barron's Article "Too Close for Comfort" by Bill Alpert. |
| 000071-000072 | 11/01/2013 | Email from Weinstein to Trunk re: Advisory Opinion Request No. R904 - Patient Services, Inc. |
| 000073-000075 | 11/27/2013 | Memo from Trunk to Weinstein RE:  Patient Services, Inc. Advisory Opinion Request No. R904. |
| 000076-000078 | 12/03/2013 | Email from Cannatti to Hobraczk Re: HHS Guidance on third-party premium assistance for marketplace QHPs. |
| 000079-000083 | 12/18/2013 | NYT Article "Drug Maker's Donations to Co-Pay Charity Face Scrutiny" by Andrew Pollack. |
| 000084-000085 | 02/21/2014 | Email from Trunk to Weinstein re: Patient Services, Inc. (R904). |
| 000086-000091 | 04/08/2014 | Memo from Trunk to Weinstein RE:  Patient Services, Inc. Advisory Opinion Request No. R904. |
| 000092-000111 | 05/21/2014 | Memo from Demske to Kuhn RE: OIG Advisory Opinion 02-01 and Advisory Opinion Request No. 904 with Draft of Proposed Certs. |
| 000112-000119 | 06/09/2014 | Email from Weinstein to Trunk RE: OIG Advisory Opinion 02-01 and Advisory Opinion Request No. 904. |
| 000120-000132 | 07/11/2014 | Memo from Trunk to IGB RE: Proposed Certifications From Patient Services, Inc. For OIG Advisory Opinion 02-01, As Modified with Certification and other attachments. |
| 000133-000136 | 09/09/2014 | Email from Kuhn to Weinstein re: Follow up Letter with Respect. |
| 000137-000141 | 01/16/2015 | Email from Weinstein to Trunk RE: PSI - Revised proposed draft Certifications with attachment. |
| 000142-000201 | 02/10/2015 | Memo from Trunk to IGB RE: Proposed Certifications From Patient Services, Inc. For OIG Advisory Opinion 02-01, As Modified with Certification and other attachments. |
| 000202-000257 | 04/14/2015 | Email from Trunk to Weinstein re: Patient Services, Inc. following up PAP SSAB (R904). |
| 000258-000272 | 06/03/2015 | Email from Kuhn to Levinson Re: OIG Letter 5-27-15 (2) (2) with Attachments. |
| 000273-000274 | 06/19/2015 | Email from Trunk to Weinstein RE: Status Update-Advisory Opinion Modification for PSI. |
| 000275-000276 | 06/23/2015 | Email from Kuhn to Levinson RE: For-Profit/Not-for-Profit AKS issue with attachment. |
| 000277-000279 | 07/14/2015 | Email from Sarraille to Weinstein RE: Follow up re PSI PAP Call (R904). |
| 000280-000281 | 07/21/2015 | Email from Weinstein to Sarraille re: Follow up re PSI PAP Call (R904). |
| 000282-000283 | 07/21/2015 | Email from Sarraille to Weinstein RE: Follow up re PSI PAP Call (R904). |
| 000284-000287 | 08/04/2015 | Email from Weinstein to Talley RE: Letter from PSI (with attachment). |
| 000288-000289 | 08/14/2015 | Email from Sarraille to Weinstein re: PSI PAP Call Follow-up. |
| 000290-000302 | 08/23/2015 | Email from Sarraille to Weinstein RE: PSI PAP Follow-up--Confidential and Proprietary (with attachments). |
| 000303-000304 | 09/03/2015 | Email from Kuhn to Weinstein re: Certifications. |
| 000305-000309 | 09/24/2015 | Email from Weinstein to Sarraille re: Patient Services, Inc. {file R904) Modification (with attachment). |
| 000310-000312 | 09/30/2015 | Email from Weinstein to Sarraille re: FW: Patient Services, Inc. (file R904) Modification. |
| 000313-000321 | 10/15/2015 | Email from Sarraille to Weinstein re: Patient Services Inc. (file R904) Modification (with attachment). |
| 000322-000354 | 10/22/2015 | Email from Weinstein to Talley Re: Patient Services Inc. (file R904) Modification (with attachments). |
| 000355-000358 | 12/02/2015 | Email from Sarraille to Weinstein re: PBA Fund. |
| 000359-000362 | 12/03/2015 | Email from Weinstein to Sarraille re: Requirements for "Single Drug Funds" (with attachment). |

| Bates Range | Document Date | Description |
|---|---|---|
| 000363-000377 | 12/14/2015 | Email from Weinstein to Sarraille re: Patient Services Inc. (file R904) Modification (with attachments). |
| 000378-000381 | 12/22/2015 | Email from Weinstein to Sarraille re: FW: OIG Draft Certifications. |
| 000382-000383 | 12/24/2015 | Email from Sarraille to Weinstein re: PSI - Draft Email to OIG Re Certifications (12.23.15). |
| 000384-000394 | 12/30/2015 | Email from Weinstein to Sarraille re: Revised Certifications for PSI Modification (OIG Ad. Op. file R904) (with attachments). |
| 000395-000402 | 12/31/2015 | Email from Haney to Weinstein re: RE: Revised Certifications for PSI Modification (OIG Ad. Op. file R904) (with attachment). |
| 000403-000426 | 01/01/2016 | PSI 2016 Annual Report (Undated) |
| 000427-000428 | 01/13/2016 | Email from Sarraille to Weinstein re: PSI PAP Modification (R904). |
| 000429-000556 | 04/25/2016 | Email from Weinstein to Sarraille re: RE: Patient Services, Inc. PAP Modification (OIG Ad. Op. file R904) (with attachments). |
| 000557-000570 | 05/16/2016 | Email from Sarraille to Weinstein re: Patient Services, Inc. PAP Modification (with attachments). |
| 000571-000580 | 05/19/2016 | Bloomberg Article "How Big Pharma Uses Charity Programs to Cover for Drug Price Hikes" by Benjamin Elgin & Robert Langreth. |
| 000581-000597 | 06/14/2016 | Email from Sarraille to Weinstein re: FW: Patient Services, Inc. PAP Modification (with attachments). |
| 000598-000598 | 06/15/2016 | Email from Sarraille to Weinstein re: Patient Services, Inc. PAP Modification. |
| 000599-000609 | 06/24/2016 | Email from Sarraille to Weinstein re: PSI PAP Certifications (R904) (with attachments). |
| 000610-000615 | 06/29/2016 | Email from Sarraille to Weinstein re: PSI PAP Certifications (R904) (with attachment). |
| 000616-000617 | 07/29/2016 | Email from Sarraille to Talle re: Modification of Advisory Opinion 02-1. |
| 000618-000624 | 08/01/2016 | Bloomberg Article "Celgene Accused of Using Charities 'Scheme' to Gain Billions" by Ben Elgin & robert Langreth. |
| 000625-000630 | 09/12/2016 | Memo from Kuhn to Slavin (CMS) re: RFI entitled "Inappropriate Steering of Individuals Eligible for or Receiving Medicare and Medicaid Benefits to Individual Market Plans". |
| 000631-000644 | 01/24/2017 | Email from Weinstein to Sarraille re: Certifications for PSI PAP Modification (R904) (with attachments). |
| 000645-000654 | 02/01/2017 | Email from Haney to Weinstein re: Certifications for PSI PAP Modification (R904) (with attachment). |
| 000655-000661 | 03/03/2017 | Notice of Modification of OIG Advisory Opinion No. 02-1 |
| 000662-000669 | 03/03/2017 | Email from Weinstein to Sarraille re: Modification of OIG Ad. Op. 02-1 (OIG Advisory Opinion file R904) (with attachment). |
| 000670-000677 | 03/03/2017 | Letter from Weinstein to Sarraille RE: Modification of Advisory Opinion No. 02-1 Patient Services, Inc. Advisory Opinion Request R904 |